# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DAULTYN JAMES COMPARATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COI JONES, et al., )<br>)<br>)<br>Defendants. ) | No. 4:21-cv-00448-MTS |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon the Missouri Attorney General's Office filing of the last known address for defendants COI Smith and COI Jones.  ECF No. 20.  Because plaintiff Daultyn James Comparato is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in docket number 20.  *See* Fed. R. Civ. P. 4(c)(3).  A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for leave to file under seal is **GRANTED**. Doc. [19].

**IT IS FURTHER ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendants COI Smith and COI Jones in their individual capacities at the address provided in docket number 20.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 24th day of August, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE