# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAULTYN JAMES COMPARATO, | |
| Plaintiff, | |
| v. | Case No. 4:21-cv-00448-MTS |
| SEAN SMITH, *et al.*, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiff Daultyn Comparato hereby notifies the Court that the parties agreed upon a settlement in principle that to resolve all the claims in this matter. The parties will finalize the terms of settlement and file a stipulation of dismissal in the coming weeks. The parties respectfully ask the Court to vacate all remaining filing deadlines and writs, and for any other relief the Court deems just under the circumstances.

Respectfully submitted,

**HUSCH BLACKWELL, LLP**

By: */s/ Maysa H. Daoud*
   Maysa H. Daoud, #72760MO
   J. Brent Dulle, #59705MO
   Andrea Fischer, #75879MO
   8001 Forsyth Boulevard, Suite 1500
   St. Louis, MO  63105
   Telephone: (314) 480-1500
   Facsimile:  (314) 480-1505
   brent.dulle@huschblackwell.com
   maysa.daoud@huschblackwell.com

*Attorneys for Plaintiff*