**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DAULTYN JAMES COMPARATO, | |
| Plaintiff, | |
| v. | Case No. 4:21-cv-00448-MTS |
| SEAN SMITH, *et al.*, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daultyn Comparato dismisses this action with prejudice, with each party to bear their own fees and costs.

Respectfully submitted,

| **HUSCH BLACKWELL, LLP** | **ANDREW BAILEY** |
| --- | --- |
| | Attorney General |
| By: */s/ Maysa Daoud* | By: */s/ Adam Morello*   *(with consent)* |
| J. Brent Dulle, #59705MO | Adam J. Merello, #72420MO |
| Andrea Fischer, #75879MO | Assistant Attorney General |
| Maysa H. Daoud, #72760MO | 615 E. 13th Street, Suite 401 |
| 8001 Forsyth Boulevard, Suite 1500 | Kansas City, MO 64106 |
| St. Louis, MO 63105 | Adam.Merello@ago.mo.gov |
| Telephone: (314) 480-1500 | |
| Facsimile: (314) 480-1505 | *Attorney for Defendants* |
| brent.dulle@huschblackwell.com | |
| maysa.daoud@huschblackwell.com | |

*Attorneys for Plaintiff*